UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-61269-CIV-COHN/SELTZER

FREDERICK PANICO, on his own
behalf and all similarly situated
individuals,

       Plaintiff,

vs.

YGSL HOLDINGS LLC, a Florida limited liability
company and JOSEPH GOPIN, individually,

       Defendants.
_____/

## **FINAL JUDGMENT TAXING ATTORNEYS FEES AND COSTS UPON DEFENDANTS**

**THIS CAUSE** is before the Court upon the Court's separately entered orders Granting in Part Plaintiff's Motion to Tax Costs and Granting Plaintiff's Motion for Attorneys Fees.  Accordingly, it is **ORDERED AND ADJUDGED** that Judgment for attorneys fees and costs is hereby entered in favor of Plaintiff Frederick Panico and against Defendants YGSL Holdings LLC and Joseph Gopin.  Plaintiff Frederick Panico shall recover $27,777.75 in attorneys fees and costs, plus interest thereon at the rate of 0.14% per annum from January 2, 2013, as to Defendant YGSL Holdings LLC ,and January 28, 2013, as to Defendant Joseph Gopin, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of April, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.